8965/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
Attorneys for Plaintiff

**07 CIV 8231**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Korea Line Corporation

                      Plaintiff,

- against -

Alufar Pte Ltd.

                      Defendant.



**RULE 7.1 STATEMENT**

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for plaintiff, certify upon information and belief that plaintiff is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
        September 21, 2007

                                          Respectfully submitted,
                                          CICHANOWICZ, CALLAN, KEANE,
                                           VENGROW & TEXTOR, LLP
                                           Attorneys for Plaintiff

                                           By: _____
                                               Randolph H. Donatelli (RHD/5359)
                                               61 Broadway, Suite 3000
                                               New York, New York 10006
                                               (212) 344-7042