LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW[1]
JAMES M. TEXTOR[*]
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI[#]
PATRICK MICHAEL DECHARLES II[‡]

JESSICA A. DE VIVO[°]
IRENE M. ZANETOS[°]

[1] ALSO ADMITTED TO DISTRICT OF
   COLUMBIA, MAINE & NEW JERSEY
[*] ALSO ADMITTED TO PENNSYLVANIA
[#] ALSO ADMITTED TO GEORGIA
[‡] ALSO ADMITTED TO NEW JERSEY & TEXAS
[°] ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914 - 1992)
VICTOR S. CICHANOWICZ
(1918 - 1989)

October 31, 2007

**By Regular Mail**
Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re:   Korea Line v. Alufar Pte. Ltd.
         S.D.N.Y. 07 Civ 8231 (JSR)
         Our Ref.: 8965/RHD

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11-06-07]

Dear Judge Rakoff:

   We represent the plaintiff in the above matter and refer to the Court's recent notice that a case management conference is scheduled for December 19, 2007. For the reasons stated below, we respectfully submit that such a conference is not necessary.

   This case is a Rule B maritime attachment action. <u>The underlying claim between the plaintiff and the defendant is subject to London arbitration</u>. This action seeks security for the claim. Since September 28, 2007 we have been serving various New York banks every business day with process of maritime attachment and garnishment seeking to capture funds of the defendant as security for the claim. So far, we have yet to receive a notice from any of the banks that defendant's funds have been captured.

11/5/07

*[Handwritten order]: The December 19 conference is cancelled. However, plaintiff must apprise the Court, in writing, of the status of this case every 3 months beginning 1/15/08. Meanwhile, the Clerk of the Court is directed to place the case on the Suspense Calendar. SO ORDERED*

*Jed S. Rakoff, USDJ*

Honorable Jed S. Rakoff                                              October 31, 2007
                                                                              Page 2

    Given that the only activity in this case for the foreseeable future will consist of our daily service of process on the banks, we respectfully submit that there is no need for a case management conference.

    Thank you for your consideration.

                                              Respectfully submitted,

                                              CICHANOWICZ, CALLAN, KEANE,
                                              VENGROW & TEXTOR, LLP

RHD/js                                         Randolph H. Donatelli
Encl.